UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONIO LYNN FLUKER,

     Plaintiff,       Case No. 1:22-cv-12045

v.              Honorable Thomas L. Ludington
               United States District Judge
STEVEN WORPELL,

           Honorable Patricia T. Morris
      Defendant.   United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

On September 20, 2022, Magistrate Judge Patricia T. Morris issued a Report and Recommendation (R&R) recommending that the undersigned deny Plaintiff's Motion for a Preliminary Injunction. ECF No. 7 at PageID.30.

The R&R states that Plaintiff could object to and seek review of the R&R within 14 days of service. Plaintiff filed a notice that he had "no objections" to the R&R. ECF No. 10 at PageID.54. Therefore, he has waived his right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 7, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF No. 1 at PageID.5, is **DENIED**.

**This is not a final order and does not close the above-captioned case**.

Dated: February 8, 2023    s/Thomas L. Ludington
            THOMAS L. LUDINGTON
            United States District Judge