UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTONIO LYNN FLUKER,

        Plaintiff,                      Case No. 1:22-cv-12045

v.                                         Honorable Thomas L. Ludington
                                                 United States District Judge
STEVEN WORPELL,

                                                 Honorable Patricia T. Morris
        Defendant.                  United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 8) AND
DISMISSING PLAINTIFF'S REQUEST FOR MONETARY DAMAGES**

On September 21, 2022, Magistrate Judge Patricia T. Morris issued a report recommending that the undersigned this Court *sua sponte* dismiss Plaintiff's request for monetary damages and permit "his Equal Protection and Substantive Due Process claims under the Fourteenth Amendment seeking injunctive relief" to proceed. ECF No. 8 at PageID.51. Judge Morris gave Plaintiff 14 days to object, but Plaintiff said he has "no objections." ECF No. 10 at PageID.54. Therefore, he has waived his right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 8, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's request for monetary damages, ECF No. 1, at PageID.5 is **DISMISSED.**

**This is not a final order and does not close the above-captioned case**.

Dated: May 2, 2023                                s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge