UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Antonio Lynn Fluker,

                        Plaintiff(s),

v.                                              Case No. 1:22-cv-12045-TLL-PTM
                                              Hon. Thomas L. Ludington

Steven Worpell,

                        Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion – #40

IT IS HEREBY ORDERED that Antonio Lynn Fluker shall file a response to the above document on or before November 14, 2023. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before November 28, 2023.

                                                  s/Patricia T. Morris
                                                  Patricia T. Morris
                                                  U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                             By: s/K Castaneda
                                                 Case Manager

Dated:   October 26, 2023