# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

ANTONIO LYNN FLUKER,

    *Plaintiff,*

v.

STEVEN WORPELL,

    *Defendant.*
_____/

Case No. 1:22-cv-12045

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER OF COMPLETION OF REFERRAL

The above case was referred to the Magistrate Judge for all pretrial proceedings on September 1, 2022. (ECF No. 4.) The Court received notification that the parties have agreed to dismissal of this matter and have submitted closing documents to the District Judge for approval. For that reason, the pretrial referral is complete, and the case is returned to the chambers of the District Judge for further proceedings.

 IT IS ORDERED.

Date: November 14, 2023

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge